# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 24, 2016

## NO. 03-14-00620-CV

**Melissa Kerlick, Appellant**

**v.**

**Conan Kerlick, Appellee**

**APPEAL FROM 433RD DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
MODIFIED AND, AS MODIFIED, AFFIRMED –
OPINION BY JUSTICE PEMBERTON**

This is an appeal from the order signed by the district court on July 10, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order but that there was error requiring correction. Therefore, the Court modifies the district court's order to delete language characterizing the attorney's fees awarded as necessaries or additional child support. The Court affirms the order as modified. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.